```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               HOT SPRINGS DIVISION
```

CHAD AUSTIN ASHLEY                                          PETITIONER

    V.                       Civil No. 14-6076

WENDY KELLEY, Director
Arkansas Department of Correction                           RESPONDENT

### O R D E R

On this 5th day of August 2015, there comes on for consideration the report and recommendation filed in this case on April 22, 2015, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 11). No objections were filed to the report and recommendation.

Petitioner's mail was returned to the Court as undeliverable on April 29, 2015 and May 4, 2015, with no communication from Petitioner since his change of address on September 5, 2014. The Court has no new address for Petitioner.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's § 2254 motion (doc. 1) is DENIED and DISMISSED WITH PREJUDICE as it is time-barred and, otherwise, without merit.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge